Date of Arrest: **09/26**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Gerardo BARRIOS-Lopez AKA: Raul M LOPEZ, Raul MEDINA-Lopez 088668767 YOB: 1978 Citizen of: Mexico Defendant | Magistrate Case No. **16-1756MJ** COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 26, 2016 Defendant Gerardo BARRIOS-Lopez, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about October 9, 2013. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Review AUSA John Ballos*

*USBP*

for _____
Signature of Complainant
Miguel Toledo
Border Patrol Agent

Sworn to before me and subscribed in my presence,

_____September 28, 2016_____ at   Yuma, Arizona
Date                                                        City and State

James F Metcalf, United States Magistrate Judge   _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Gerardo BARRIOS-Lopez
AKA: Raul M LOPEZ, Raul MEDINA-Lopez
088668767

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 26, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about . The Defendant was most recently removed on or about October 9, 2013, through the port of San Ysidro, California, subsequent to a conviction in an United States District Court, District of Southern California on or about August 12, 2013, for the crime of Illegal Re-Entry, a felony.

Agents determined that on or about September 25, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___September 28, 2016___
Date

_____
Signature of Judicial Officer

-2-